United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

CONSOLIDATED WORLD TRAVEL, INC.,

    Defendant.

No. MC 15-80131 WHA

**ORDER RE DEFENDANT'S PROPOSED LAWSUIT**

    In accordance with the terms of his supervised release, defendant John Brosnan seeks permission from the undersigned judge to a new lawsuit (*Brosnan v. Consolidated World Travel, Inc.*). On its face, this complaint does not appear to be frivolous and permission to file this lawsuit is **GRANTED**. This grant of permission is without prejudice to, and does not in any way affect any other prefiling review defendant may be subject to. **THE CLERK SHALL RANDOMLY ASSIGN THE CASE.**

    **IT IS SO ORDERED.**

Dated: May 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE