IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

CONSOLIDATED WORLD TRAVEL, INC.,

    Defendant.

No. MC 15-80131 WHA

**ORDER RE DEFENDANT'S PROPOSED LAWSUIT**

In accordance with the terms of his supervised release, defendant John Brosnan seeks permission from the undersigned judge to a new lawsuit (*Brosnan v. Consolidated World Travel, Inc.*). On its face, this complaint does not appear to be frivolous and permission to file this lawsuit is **GRANTED**. This grant of permission is without prejudice to, and does not in any way affect any other prefiling review defendant may be subject to. **THE CLERK SHALL RANDOMLY ASSIGN THE CASE.**

**IT IS SO ORDERED.**

Dated: May 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE